# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE IN TRUST FOR THE REGISTERED HOLDERS OF MORGAN STANLEY ABS CAPITAL I TRUST 2004-HE6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2004-HE6, | : : : : : : : | No. 616 MAL 2018<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| Respondent | : : : | |
| v. | : : : | |
| KENT M. OZMAN A/K/A KENT OZMAN, | : : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 2nd day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.